Case 3:06-cv-00549-WQH-CAB   Document 2   Filed 03/13/06   PageID.13   Page 1 of 6

USDC SCAN INDEX SHEET










```
RYC    3/16/06    15:22
3:06-CV-00549   ALONSO V. AIG CLAIM SERVICES
*2*
*ANS.*
```

1 | CONNELLY SHEEHAN HARRIS, LLP
Kyle D. Kickhaefer, Esq. (SBN 20321)
2 | 150 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
3 | Tel: (312) 372-1969
Facsimile: (312) 372-1968
4
5 | LEWIS BRISBOIS BISGAARD & SMITH LLP
Ernest Slome, Esq. (SBN 122419)
550 West "C" Street, Suite 800
6 | San Diego, California 92101
Telephone: (619) 233-1006
7 | Facsimile: (619) 233-8627



8 | Attorneys for AIG CLAIM SERVICES, INC., a business entity, form unknown; AIG
INSURANCE SERVICES, INC., a corporation
9

10 | UNITED STATES DISTRICT COURT FOR THE

11 | SOUTHERN DISTRICT OF CALIFORNIA

12

13 | KATHLEEN ALONSO,                           ) CASE NO. 06CV 0549 WQH CAB
                                              )
14 |              Plaintiff,                    )
                                              ) DEFENDANTS ANSWER TO PLAINTIFF
15 |       v.                                   ) KATHLEEN ALONSO'S COMPLAINT
                                              )
16 | AIG CLAIM SERVICES, INC., a business       )
     entity, form unknown; AIG INSURANCE        )
17 | SERVICES, INC., a corporation;             )
     and DOES 1 to 100, inclusive,,             )
18 |                                            )
                 Defendant.                    )
19 | _____)

20

21    Defendants AIG Claim Services, Inc. ("AIGCS") -- whose correct corporate name is now

22 | "AIG Domestic Claims, Inc." -- and AIG Insurance Services, Inc. ("AIGIS") hereby answer and

23 | plead the following affirmative defenses to Plaintiff Kathleen Alonso's Unverified Complaint for

24 | Damages as follows:

25 |                              **FIRST AFFIRMATIVE DEFENSE**

26    Defendants admit that AIGCS and AIGIS are corporations; that AIGCS employed Plaintiff;

27 | and that on January 27, 2005, it terminated Plaintiff's employment. Defendants, however, deny

28 | each and every other allegation contained in plaintiff's complaint.

4825-4044-4160.1
DEFENDANTS ANSWER TO PLAINTIFF KATHLEEN ALONSO'S COMPLAINT

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's employment was -- explicitly and in writing -- terminable at the will of any party to the employment relationship, with or without cause, so that Plaintiff has no claim for relief based upon the termination of her employment. Cal. Lab. Code § 2922.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's causes of action are barred by her failure to satisfy and/or her breach of her statutory obligations as provided in the California Labor Code Cal. Lab. Code § 2856.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's causes of action arising under the FEHA are barred because she failed to timely comply with all the statutory prerequisites to bring suit pursuant to California's Fair Employment and Housing Act. CAL. GOV'T CODE §§ 12900 *et seq.*

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's causes of actions are barred by applicable statutes of limitation, including but not limited to California Code of Civil Procedure Sections 335.1 and 339, and California Government Code Sections 12960 *et seq.*

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate or reasonably attempted to mitigate her damages, if any, as required by law. Further, Plaintiff's claims for damages must be offset by any failure to mitigate her damages and/or by any mitigating earnings. Plaintiff's claims for damages must also be discarded to the extent that Plaintiff has alleged claims for duplicative damages from the actions alleged in her separate causes of action.

///
///
///
///
///
///
///

**WHEREFORE**, Defendants pray for judgment as follows:

1) That Plaintiff takes nothing by reason of her Complaint;

2) That the Complaint be dismissed in its entirety with prejudice;

3) That judgment be entered for Defendants;

4) That Defendants be awarded their reasonable costs and attorneys' fees; and

5) That Defendants be awarded such other and further relief as the Court deems just and proper.

DATED: March 13, 2006

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By _____
Ernest Slome
Attorneys for AIG CLAIM SERVICES, INC., a business entity, form unknown; AIG INSURANCE SERVICES, INC., a corporation

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On March 13, 2006, I served the foregoing document described as:

1) NOTICE OF REMOVAL;

2) DEFENDANTS' ANSWER TO PLAINTIFF KATHLEEN ALONSO'S COMPLAINT;

3) DEFENDANTS AIG INSURANCE SERVICES, INC., DISCLOSURE STATEMENT;

4) NOTICE TO STATE COURT; and

5) CIVIL COVER SHEET

on all interested parties in this action by placing [X] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows:

David P. Strauss
Strauss & Asher
555 W. Beech Street, Suite 302
San Diego, CA 92101

[ ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

X] (BY MAIL, 1013a, 2015.5 C.C.P.) I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY OVERNIGHT DELIVERY/COURIER)

   [ ] I delivered such envelope to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees provided for.

   [ ] I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

4849-4043-8016.1

1  [ ]  (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct and this document was printed on recycled paper.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 13, 2006, at San Diego, California.

Diane E. Grentzer

4849-4043-8016.1